**William Clarence DEKLE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27426.**

Court of Criminal Appeals of Texas.

March 30, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment is assessed at a fine of $750.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.